Good morning. May it please the Court, my name is William W. Palmer and I represent the plaintiffs in this action. At the outset, I wish to reserve five minutes of time to respond to the arguments made by my colleague on behalf of the United States Secretary of State. This action arises out of the largest instance of kidnapping of U.S. citizens in Iraq. My clients fall into essentially two categories. The first are families of private security contractors who were kidnapped, tortured, and eventually beheaded. The second category is represented by Plaintiff Bejorland, who is a current contractor, but who is effectively blocked by lack of regulations, employment guidelines, and an illegal Order 17, otherwise popularly known as the License to Kill Law. These are private citizens without the resources of the United States government. It is clear that there is no intention on their behalf to embarrass or to harass our government officials. These citizens seem to – Let me ask you one question. Yes, Your Honor. On this appeal, are you raising not only the validity of Order 17, but also the policy of prohibiting individuals from contacting others to inquire into the fate of prisoners? Yes, Your Honor. You're raising First Amendment issues. You're abusing both of those regulations, orders, or whatever they may be. Yes, Your Honor. And specifically to your point, my clients paid to have 90,000 flyers created to be distributed with offering rewards for the release of their children. But obviously, they have a big problem, which is, unfortunately, their relatives died, and they're not going to have the problem again. And so in terms of injunctive relief, they just seem to be out of luck. Is that not true? Well, Your Honor, I don't – I think the government's position is a little vague on that point, because if it were a nonissue, they wouldn't be fighting us on it. Well, I know. I'm asking you, is there any – for that set of clients, leaving aside the one person who is alive and says he wants to go back to Iraq, is there any argument, any theory in the world on which they get injunctive relief? Well, Your Honor, my – our position is that they are still blocked from asserting free speech rights. That if, for example, they wanted to distribute those flyers right now, I doubt they would be allowed to do so. Why would they? Because they didn't – I mean, they wouldn't do any good. Oh, if they wanted to know the identities of the murderers, for example, who killed their children in Iraq. I reference a book that is written about these people by a Pulitzer Prize winner, and he actually has photographs of the murderers in the book. No effort was ever made to bring them to justice, so that would be a possibility where I might want to know the murderer of my child. And this fairly vague rule would bar that? We have no idea. I don't know. We have a pattern now of these particular citizens being blocked from communicating. From doing one specific thing, which is – Yes. Which they can't do anymore. Yes, but I – the block – we take the position the block is still in place. And I give you examples where other citizens in the United States, Jesse Jackson, Sean Penn, Jane Fonda, Jimmy Carter, all these other citizens have no problem communicating in difficult positions and actually going and negotiating for people, and they're not State Department officials. Can you tell me exactly what Order 17 says? I don't – yeah, I attached the exact line. I mean, there's an issue about whether it still exists. Well, what is the – what do you think it says that you're trying to – what's the name of the one plaintiff who still wants to go back to Iraq? What's his name? Plaintiff Bejorlin, Your Honor. Bejorlin.  He's claiming that Order 17 is – is that essentially what his claim is, is getting his name? Well, it's – Your Honor, respectfully, it's not just Plaintiff Bejorlin, but we have every author notes that it's in like – But he's the only person who's before us. Yes. So I want to know what his problem is. His problem is, is that it creates a lawless environment in which he does before us. What does Order 17 say? I don't have the exact language. But what in general does it say? In general, it – in general, as it was interpreted, and I can read you the passages on it, it was interpreted to immunize private security contractors from prosecution. From American prosecution. And Iraq. And Iraq. And I can actually read the interpretation of it, if you wish. The order has been rescinded, though, right? It has, yes, Your Honor. And – but it was never declared unconstitutional or illegal. But it's rescinded. So what's the injunctive aspect? A declaration that that order was unconstitutional and illegal. And for what purpose at this point? In the – to these parties? In this instance, it was rescinded, but it could be brought back tomorrow, for example. I could give you, by analogy, Lyons v. – the Lyons case, the famous Lyons case involving the Los Angeles Police Department chokehold. In that case, the LAPD stood up and said, this chokehold is illegal. It will never be used again. That took that policy off the books. It was declared to be illegal and unconstitutional. But that wasn't the basis for the ruling. The basis for the ruling is that these individuals are never – haven't demonstrated that they're ever going to be subject to this again. And that's your problem, primarily. Okay. The – what I'm telling the Court right now is that this order has not been declared unconstitutional or illegal. It was rescinded. It was never declared as illegal and unconstitutional. On the other order or policy, you are appealing a policy that you contend prohibits individuals, relatives, from attempting to discover the whereabouts of their relatives. Is that policy still in effect? As far as I know, it is – it was as to these people. And as to my second client, Mr. Gajorlan, that's one of the things he would like to know in terms of his employment. One of the – But in order for him to be – I mean, we just have a whole lot of law which may not be desirable, but we do, that he has to have something, some sort of eminence about or likelihood of actually being subject to this. In order for him to be subject to this, he'd have to, A, get hired by somebody in Iraq, B, go there, C, get kidnapped, right? And, I mean, I understand there are, you know, a fair number of kidnappings, but it's not like everybody goes to Iraq gets kidnapped or even a majority of people or even 90 percent of the people or even 95 percent of the people. So he has to get himself – he has to get kidnapped, and then his parent – his family has to try to do this, right? I mean, that's the sequence of events before he would actually be affected by this. Is that right? Your Honor, just so the factual record is clear, there are 2,000 to 8,000 kidnappings in Iraq on a daily basis. So – Of Americans who go there as contractors? Americans and Iraqis. There's a high volume of kidnapping. In this case, it was five Americans who were kidnapped. And the common protocol over there is that the families then negotiate to get their children back. In this instance, these families were blocked from negotiating to get their children back. Now, if they'd had a more aggressive stance, maybe hire Jesse Jackson or somebody else, their children would have been returned. Well, then there's even another layer of uncertainty, because even if Mr. Majorle went there, got a job, got kidnapped, they still might let his family negotiate. I think you put your finger directly on it. There's no policy. There's no guidelines. There's no regulations that control this employment. So I really don't know what's going to happen to me. So what's unconstitutional is that there's no policy? If there's absolutely no policy concerning my employment and I don't know what's going to happen to me, I don't know if my First Amendment rights are going to be protected, I don't know if I'll be allowed to negotiate to get – my family can negotiate to get me back. If it's a complete void, yes, I suggest that that problem is in my clients. That's a government problem. What do you plead as to the existence of a policy? Do you say there is no policy or there is a policy? There is no policy, Your Honor. So there's no policy that prohibits the family from inquiring into distributing leaflets, whatever it is you would – you might want to do if Mr. Bjornland were captured? I think in light of what happened to his colleagues who were captured in his place, he would want to know – he wants to know, and he has a constitutional right to be employed within this industry. He wants to know what would become of that. Where does he have that? I can give the Court a cite, if you wish. Fine. Okay. Is he now employed as – by one of the contractors? I do not believe, Your Honor, right now he's employed as a contractor in Iraq or – Could you address the monetary claims to the extent that those are before us? Yes, Your Honor. Because you're claiming that there were benefits denied and so on and so forth. Some of those appear to be, if not all of them, appear to be properly in other venues, like the Court of Federal Claims or in the administrative process. Have you pursued either of those avenues with respect to any of the claims that you have alleged in this forum and in this case? I'll respond to the first portion of your question first, Your Honor. The specific claims that my clients are pursuing are the insurance that was taken out by the contractor on the lives of the men. The Court can see that that's an illegal insurance arrangement where a contractor actually benefits off the death of his employees. Secondly, the 18 months of back pay while these men were in captivity from the time they were abducted to the point where they were executed. Third, there appears to be a workers' compensation program within this scheme administered by CNA. And that brings me to the second part of your question. If I were to go before the Court of Claims in Washington, D.C., they would have jurisdiction over some of the issues that I just discussed with you, but not over others. In other words, we're not discussing straight monetary claims. You would have an illegal insurance arrangement, which is really under the regulation of the States under the Magnuson-Ferguson Act. You would have this workers' comp arrangement, which in States would normally be an exclusive remedy. So you'd have actors outside of the jurisdiction of this Court. And then you'd have these others. I'm sorry. Which actors? You'd have Lloyds of London, who issued the life insurance policies to this Court. But you didn't sue those people. You sued the United States. Actually, Your Honor, I did name them, but I dismissed them with prejudice so that I could get this case in front of the Court. And you can't bring them back, as you do. You don't have a valid appeal now. So they're out, right? Yeah. Well, Your Honor, the problem is we have these are – and I see I'm almost – I'm running low on time, so I want to reserve some time to respond. But these – these – the main actor here, the fly-by-night security contractor precedent is gone. Are you suing the United States for money with regard to the insurance claims and the workers' comp claims and so on? Yes, Your Honor, in addition to the equitable claims. All right. Thank you. One more question, and we'll give you your full three minutes for rebuttal. Are you – do you believe you could amend your complaint successfully to add additional facts, or are you satisfied that you have pled all the facts that are necessary to pursue this case? We pled both the equitable claims and the facts. No, I don't mean just for the – for that. I'm asking about the entire complaint. Are there facts that you believe would allow you to plead a cause of action that you have not yet pled, or do you believe you have asserted all the facts that you would like to assert in your complaint? The key facts that we're missing right now are the actual contracts, the policies, the  types of – so, for example, in interpreting an insurance policy, your starting point is the insurance policy. And that goes as true with Lloyds and the CNA. And the starting point, Judge Berzon, as you correctly noted, the Order 17, is what is the language of this order and how does it apply? But all of those things only matter if you first – I mean, with regard to Judge Reinhart's question. Unless they're going to help on these questions that we've been addressing, i.e. standing and our jurisdiction over monetary relief, they're not going to be pertinent to anything we're going to decide. They'd only be pertinent if you got by those problems. Your Honor, I think under Mayfield and some of the other decisions of this Court, we do have standing. We do have standing to claim these items of property back from the government. That may be true, but you may have a jurisdictional problem on that. Okay. The other point before I sit down and reserve my last three minutes is if the Court does decide that this case belongs before the court of claims, then we would respectfully ask that it be remanded to that court so that it protects the statute on this case. Thank you, counsel. Good morning. May it please the Court. I'm Thomas Byron from the Department of Justice here on behalf of the government. At the outset, I'd like to emphasize that this is a case against the United States. Only the official capacity claims are before the court. Plaintiffs conceded in the district court that the individual capacity business claims should be dismissed, and they've not – they've not altered that position in this court. Turning to the district court's decision, that court properly dismissed all of the claims in the jurisdiction, but the court carefully analyzed each category of claims and identified the basis for dismissal for each. I'd like to do the same, and I'd like to start with the money damage claims. As some of the court's questions indicate already, a claim for money damages exceeding $10,000 must be brought solely in the court of Federal claims, not in a district court as here. Plaintiffs appear to not have an answer to that jurisdictional bar, the absence of a waiver of sovereign immunity for this suit. They, however, have asked for the first time in oral argument that the case be transferred to the court of Federal claims. That would be improper here. Well, that's not, you know, the simple – there are a series of claims, some of which should be administratively exhausted, you know, some of which – for instance, some have come under the Longshore and Harbor Workers Act. Has there been any effort to work with the families to try to get these things straightened out and resolved? I mean, they say they're owed back pay. Is there any discussion about how to resolve that question? Are the parties making an effort to see that the claims that may be – may have some merit are resolved in whatever manner they should be resolved? Judge Reinhart, let me start by emphasizing the point you started with, which is that there are established statutory schemes for the benefit claims, such as the Defense Base Act under the Longshoreman statute. Yes. Plaintiffs here have not, as far as we've been able to tell, sought recovery under those schemes. Now, a different individual, Mr. Rubin, Paul Rubin, who was also one of the kidnap victims in this incident, his family did seek Defense Base Act benefits before the Department of Labor. The decision in that case made clear that there was no Defense Base Act coverage because the contract in this instance was through – was with the Italian military, not with the United States, and therefore, the statute did not apply. I believe that probably explains why the plaintiffs here have not sought those benefits. Now – But more technically speaking, if – since we don't have jurisdiction over the money claims, because their money claim is for more than $10,000, why don't we just transfer the whole thing to the court of claims? Can we transfer it to the court of claims? I don't – I don't think it would be appropriate to do so, Judge Berzon. Because the plaintiffs have raised this for the first time in our argument, I don't know the answer to the legal question you just raised, which is can this court do so. Well, I looked at it, or we all looked at it, and it appears probably so. Perhaps. But the claims – the takings claims that plaintiffs have brought in this amended complaint would not properly be before any court, because as the district court also recognized, under Iqbal and Twombly, they do not allege with sufficient – All right. But if we don't have jurisdiction, don't we just say, don't bother us with any of that, go to the court of claims? The plaintiffs certainly can go to the court of Federal claims. Well, why don't we don't – I mean, why do we decide anything other than it doesn't belong to us, send it to the court of claims? Let the court of claims worry about it. Let the court of claims worry about even – I don't know if you have a justiciability – a political question defense on the money, but if you do, don't worry about it. No, Your Honor. No, there's no justiciability bar. But there's also no preclusion bar. And there's no – they suffer no harm from the dismissal. Sure. They do have a statutory limitations problem. I'm sorry, Your Honor? They may well have a statutory limitations problem, no? I don't know whether that's right or not, but they could have brought this claim under a statutory limitation. Do you stipulate that they don't? I'm sorry, Your Honor? Do you stipulate that they don't? I do not stipulate it. I said I do not know, Your Honor. Well, then, why don't we transfer it? Because the claims that they have brought here are also properly dismissed under Twombly and Iqbal, and therefore cannot be transferred. But how can we dismiss something over which we have no jurisdiction? They would not properly be before the court of Federal claims because of the Twombly and Iqbal problem, and therefore – Fine. Let them dismiss it. No, we can't dismiss it. No, therefore, Your Honor, the transfer would be inappropriate because it would not properly be before that court. That's – I don't want to belabor the point. There's a difference between a jurisdictional problem and a 12B6 problem. If they have a 12B6 problem, they can amend their complaint. Your Honor, I don't want to belabor the point about transfer. We don't think it's appropriate to do so. I'll leave it at that. I'd like to turn to the remaining claims. Well, you can't leave it at that because that's something we're seriously considering. So you want to waive argument on it and just tell us? No, Your Honor. You don't want a supplemental brief on it? Judge Fischer, I'd be happy to address the issue in a supplemental brief, which we don't believe it was properly argued before today. So if the Court would like to hear that, I think that would be appropriate and we'd be happy to submit that. The – turning to the remaining claims, first the plaintiff's families – By the way, just before I forget it, the counsel said something about in the court of federal claims it would be beyond the jurisdiction of that court because this was an illegal insurance arrangement. Do you understand that that's something that would say that would preclude CFC jurisdiction? My understanding from the allegations in the complaint, Judge Fischer, is that the allegations about an illegal insurance arrangement pertain to the conduct of the employer Crescent Security Group, not the conduct of the United States. If there is a takings claim against the United States based on that, the takings claim under the Tucker Act would be properly before the court of federal claims. But, again, I don't believe it's been alleged in this complaint as the district court here found. Right. The plaintiff's families have sought an injunction that would, by its terms, compel compliance with the First Amendment in the future and little more. Such an injunction that requires defendants to follow the law is, by its terms, inappropriate. But here the plaintiffs lack standing to bring the claim because there is no showing that they would face a threat of injury in the future concerning their exercise of First Amendment rights. Now, at argument today, for the first time, Plaintiffs' Counsel has suggested that there may be an ongoing violation of their First Amendment rights. That is not alleged in the complaint. It is not in this case, and there is no evidence or allegation to support it. So we strongly urge the Court to look carefully at the allegations in the complaint. Well, I'm not clear what the allegations are. I did ask the Plaintiffs' Counsel. The complaint is dismissed with prejudice, without leave to amend. That's correct, Your Honor. I did ask. There's been one amended complaint. That's right. I did ask Plaintiffs' Counsel whether there was anything else that any other way the complaint could be amended to save it if he added additional facts or there were additional facts. I'm not entirely clear what the answer was. But as I understand the complaint in its present form, there is no policy that prevents or at least there's no allegation of a policy that prevents families from inquiring or attempting to conduct an investigation. And the complaint requests information regarding what would happen if somebody sought information, but complains that there is no actual policy. Is that what you understand of the complaint? I think that is accurate. I would note that my understanding of Plaintiffs' Counsel's answer to your question about amending the complaint is that there are no additional facts that he could add to the complaint, and therefore there is no reason to believe he could file an amended complaint that would satisfy Article III. Turning to the question of the policy, the State Department's policy is set forth in the Foreign Affairs Manual, which is a public document on the website. It guides Foreign Affairs officers, and it makes clear that there is no policy such as the one he's alleging here, that in fact the State Department makes every effort to assist individuals who may themselves make efforts to free kidnapped victims abroad. Excuse me. Could we have the same table? What is that again? The Foreign Affairs Manual, 7 Foreign Affairs Manual, 1820, Hostage Taking and Kidnapping. It's available on the State Department's website. There's a lot of discussion in the briefs, and I believe in the district court opinion about political question doctrine. There's no reason we should be reaching that. Is that right? Judge Berzin, if the court agrees with the district court that the complainants here lack standing, that's correct. There is no reason to address the separate independent alternative basis for determining a lack of justiciability on these prospective claims. And remember that justiciability concerns understanding, political question concerns only the declaratory and injunctive relief claims. So the injunction that they seek, they lack standing, the plaintiff's family lacks standing because they've identified only a past injury, no threat of future injury. And the plaintiffs cannot overcome that barrier, which, as in Lyons, as in Rhode Island Institute and Defenders of Wildlife, the Supreme Court has repeatedly emphasized requires more specific. The argument today went somewhat beyond the pleadings, I think. As you noted, the argument today was that the families may want to make inquiries as to who the kidnappers were or who the murderers were and that they would be prohibited from trying to determine that. Your Honor, that's not in this case. That's not a claim that plaintiffs have made. You're saying that's not covered by the present complaint. Yes, Your Honor. That's right. And for that reason, there is no standing. And plaintiffs would have to show, Your Honor, not only that they might seek to do something in the future, but that they have concrete plans to do it and that they have a realistic threat, a fear or threat of injury if they do seek to do it. Your representation seems to be that they wouldn't have any problems if they wanted to do that. That's exactly right, Your Honor. There's no realistic threat of injury here, even under the imagined scenario that has been spun out, an argument that's not alleged in the complaint. Your representation, I gather, is that families that want to make inquiries about their captive or former captive children are free under the policy to make those inquiries and to try to determine for themselves whether they're being held or were held by particular groups. The private conduct of individual U.S. citizens is not something that the State Department, you know, seeks to prohibit. What the State Department Foreign Affairs Manual addresses, what the Department's policy addresses, is the conduct of the Department itself and its employees and officers. And so what the plaintiffs have alleged is that the – to answer your question, that's correct, Your Honor. I am not aware of any policy that would restrict that. But remember what the plaintiffs alleged here is that they had flyers printed and sent overseas. What they haven't specified is that, as far as I can tell, they sent those flyers to the embassy and asked embassy personnel to distribute them. That's not a First Amendment right, to be clear. But, again, all this is beyond the record, as you also indicate. The point is that there is no standing for the plaintiff's families to bring these claims because they have no threat of future injury. Turning to the declaratory judgments that Plaintiff Bajorlan seeks, he has no standing for a slightly different reason, though related. He, too, cannot show a threat of future injury under Article III, but he can't even show a prior injury, as the plaintiff's families have done. So instead what he has to do is to demonstrate concrete harm to a protected legal interest. Now, in Earth Island and Defenders of Wildlife, the Supreme Court made clear that what they called someday plans, to do something in the future without concrete – concretely identifying even when that someday might come, are not sufficient to satisfy Article III's standing injury requirement. Here, Mr. Bajorlan has said only that he would like to work in the future as a contractor in Iraq. That is the kind of someday plan that the Supreme Court has held is not sufficient. And even if he were able to show that, he cannot show a real injury in Article III case or controversy with respect to the two issues that are identified in his request for a declaration, either the validity of Order 17 or the rights of family members to seek information and negotiate concerning the release of kidnap victims. There's no likelihood that he will be – suffer any injury with respect to either of those issues. So if he were a contractor, or if he were employed by a contractor and were in Iraq, that would not be enough to show standing injury? Here, I think it wouldn't, Your Honor, because he would have to – you have to look at the relief requested, and the relief is a very broad inquiry into the effect of Order 17, which, as we pointed out, is no longer in effect. And, by the way, it is in the record here. It's in tab 5. No, but I'm just asking you about your standing argument, that it's not enough to say, I want to go to Iraq. Yes. But you don't know who's going to go. You don't know what's going to happen. There's no standing injury. That's right. That's right. You need to show that he would be captured and tortured. Well, Your Honor, that would go to the second declaration that he seeks. I see my time's expired. I'll answer your question. No, you can't put it into time. I'm trying to see what would give someone standing. So let's look – you're asking about a claim concerning a kidnapping. And so in that circumstance, you'd have to show a real concrete and particularized threat of future injury, that he would face that situation. As an individual? Yes, Your Honor. That's what particularized means. Several hundred contractor employees in Iraq, and he would have to show that they were after him individually. Well, no, Your Honor. You'd have to show that there was a real risk that he, individually, would face that injury. So, for example, this court in Lee v. State of Oregon said it's not enough just to calculate the likelihood that somebody might be in a particular situation. You have to show an actual individualized, particularized injury to oneself, to the plaintiffs themselves. So if he goes to a high-risk unit and there's a high probability that members of that unit are working in areas where they're exposed to this well-documented pattern of kidnapping, that would elevate his standing? Perhaps if he had alleged that he was currently employed as a contractor in Iraq and that he was being put on missions that, in other circumstances, similarly situated individuals. Let's take it a step back. Let's assume that there is this high-risk unit. He joins a group of which people are drawn for that unit, a Navy SEAL, for example. Sure. He gets, he isn't immediately assigned, but he could get a call at any time. Even though he's not actively there, there are members of his unit who have been pulled out, have been put into that situation. Some of them have been kidnapped and tortured and killed. Is that the kind of concrete? So, Judge Fischer, the allegations you've just described setting aside claims by a military member, which would be different, of course, SEAL team, for example, but by a civilian, the claims you've just described could conceivably satisfy the injury in fact requirement for the question about whether he might face kidnapping. The secondary question presented by the declaration sought here is whether he would be harmed by any government effort to impede family members from negotiating to seek his release. And he hasn't shown that and can't. I'm just testing the proposition of how concrete and high risk does it have to be to get debatable standards. I think I understand. So I think Earth Island and Defenders of Wildlife suggest that that kind of allegation would probably suffice your honor for that question. Now, the other declaration he seeks concerns the validity of Order 17. And to have standing to challenge that, he would have to show, first of all, that there was a real risk that the provisions of Order 17 might be applied to him in a way that would cause him injury. Now, to be clear about one thing, the text of Order 17, the document itself, is in the record in this case. It's in tab 5 of the excerpts of record, and it was submitted by the government to ensure that the district court had it before it. The language that's at issue specifies that the laws of Iraq during the time that order was in place would not apply to the contractual relationship between a contractor and the government, the sending state, whether the U.S. or Italy or another member of the multinational force, that was contracting for services from that contractor. That's all it provided. It did not provide, as Plaintiff's counsel has suggested today, for any immunity from U.S. laws. It did not provide for anything beyond that. And it's clear in that respect. But the more important point is that he has not shown, Mr. Bjerglen has not shown any reason to believe that he faces a threat of injury concerning the terms of Order 17 in the future sufficient to justify the kind of declaration he seeks, and nor has he shown that that kind of declaration would redress any injury that he could identify. Kennedy. Thank you, Your Honor. There are 155,000 contractors, so we're not just talking about these individuals and their families. We're talking about 155,000 other people. Except we're only talking about the people who are before us. Can I ask a question about the transfer issue? I thought that you did say something in your brief about the limitations problem and transfer issues. Yes. And I also referenced it again in the reply that I filed late. Right. Maybe that's where it was, the late reply. Your Honor, there were a few discrepancies that I heard. The Court asked were there efforts to resolve this matter. There have been no efforts to resolve this, none whatsoever. It was the plaintiffs who brought the CNA insurance policy to the government's attention. They were unaware of it. Plaintiff Bjerglen's claims are as to the future. He's alleged there's a concrete threat. What I'm hearing today is the absolute dearth of any guidelines or regulations dealing with these contractors. Well, tell me where there's a constitutional right to a defined policy with regard to what happens if you get kidnapped. Well, there's a constitutional right to know the terms of your employment and to contract freely. Why? I mean, that's a nice idea, and perhaps there should be. But where is it? Okay. It's at CC Distributors, Inc., and Whitman Distributing Company v. United States, 883 Fed 2nd, 146. And I can give the Court the page cite as well. And there's a postage. Has that been cited in any of your briefs? It was cited in the reply brief that was late filed, Your Honor. And what's the case? CC what? It's CC Distributors and Whitman Distributing Company at page 14 of the reply. The other point that I'd make, Your Honor, is that what Justice Roberts emphasized in the Zivotofsky case, which is the most current iteration, is that before the lower courts and this Court make determinations on public policy, that it's important that the policies be in front of the courts. And there are none. We don't even know what these policies are. They're alluded to throughout the brief, but there's never a citation or an explanation of what these policies are. So quoting from Chief Justice Roberts, he said, Judging the constitutionality of a law of this context would not turn on the I presume you could have made a Freedom of Information Act request. Did you do that? Yes, we did submit a Freedom of Information Act request. And what happened? I submitted it to all the government agencies. I got we received a response back from one, which was the Secretary of State, over the course of many months. Time was passing, and we went ahead and filed the lawsuit at that point. We heard back from the Department of Defense. Nothing, they would not provide anything. We heard back from the other government entities that are all described in this book. So I did serve public records requests. So to the extent that the Court wants to write an opinion, which it will do, obviously, on these policies, it would be helpful to know what the policies are, because Mr. Bajorlan's in a vacuum, too, in terms of what his employment would be required of him. I'd like to end with a quick read to give this Court the sense. This book and all these books discuss that we killed people under this Order 17, under this license to kill law, that were completely innocent. And that's the historical view of this country in Iraq. What is the book you're referring to? This is written by a Pulitzer Prize winner. What's the name of the book? The Big Boy Rules. I cited it. It's a story. That's fine. That's all I wanted to know. Yes. It's a story of these families, and it discusses this. Explain something to me. You're not claiming that the United States killed these people. I couldn't hear what you said. You're not claiming that the United States killed these people. Yes, I am. Yes. I'm sorry. Through an Order 17, and I'll read you the passage. Through an Order 17. The plaintiffs, I think. Yes, that's what I mean. I thought you were talking. Okay. The answer is no. You're not claiming the United States killed any of the relatives of the plaintiffs. No, Your Honor, but they blocked the relatives from stepping forward. They had a policy that they could not negotiate with terrorists. And yet another agency, the DEA, then comes and negotiates with them to get the bodies back. It makes no sense. There's no policy. I'd like to read the short passage, which gives the Court a sense of what is going on here. There were thousands of private security contracts written in Iraq, maybe tens of thousands. No one really knew, especially the military. Many of them were buried under layers and layers of subcontracts or were handled privately. The result was a lawless void, big boy rules, mayhem, really. By 2007, the military had brought charges against dozens of soldiers and Marines in Iraq, including 64 servicemen linked to murders. Not a single case has been brought against a security contractor. Part of it was the law. CPA Order 17 had given the mercenaries immunity from Iraqi legal process. To charge them with a crime would have required the application of obscure civilian contractor law, the Military Extraterritorial Jurisdiction Act, or to place them under military law. Neither has been tested practically or legally. But it was more than that. Even if the laws were in place, who exactly would enforce them? This is a lawless environment. Thank you, counsel. Thank you. The case just argued will be submitted. Your Honor, I did file a late reply. Yes. We're considering your application, and we'll send a ruling on that also. Thank you, sir. Thank you. The case just argued will be submitted.
judges: REINHARDT, FISHER, BERZON